David SKUNDOR, and the class of similarly situated persons being all prisoners housed in the Quilliams I and II Units at the Mount Olive Correctional Complex, Plaintiff—Appellant,

v.

Beverly GANDEE; James Rubenstein; Leslie K. Tyree; Thomas McBride, Warden, in his official and personal capacity; Kathryn Lucas; Joe Wood, all in their personal capacities, Defendants—Appellees,

Garry Blocker, Defendant.

No. 04–6502.

United States Court of Appeals,
Fourth Circuit.

Submitted May 13, 2004.

Decided May 20, 2004.

David Skundor, Appellant pro se. Heather A. Connolly, Office of the Attorney General, Charleston, West Virginia, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Skundor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Skundor v. Gandee,* No. CA–02–499 (S.D.W.Va. Mar. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*